UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VERNON SCOTT

CIVIL ACTION

VERSUS

NO. 17-289-JWD-EWD

BATON ROUGE CITY
CONSTABLES OFFICE

### O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued September 22, 2017, (Doc. 7), and to which no objection was filed:

**IT IS ORDERED** that the Motion to Remand (Doc. 28) is GRANTED and that this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that the parties shall bear their own costs incurred as a result of the instant removal.

Signed in Baton Rouge, Louisiana, on October 11, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA